BRYAN CAVE LLP, #00145700
Jacob A. Maskovich (No. 021920)
Teresa P. Meece (No. 032071)
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Fax: (602) 364-7070
jamaskovich@bryancave.com
teresa.meece@bryancave.com

*Attorneys for Plaintiff Bank of America, N.A.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bank Of America, N.A., | No. |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| Robert A. Janecek and Cathy A. Janecek, husband and wife and citizens of Arizona; Leighton Ward, a citizen of Arizona; David Wynn Miller, a citizen of Wisconsin; Federal Postal Court, a purported court operating in Arizona, | |
| Defendants. | |

Plaintiff Bank of America, N.A. ("BANA"), for its Complaint against Defendants Robert A. Janecek, Cathy A. Janecek, Leighton Ward, David Wynn Miller, and the "Federal Postal Court," hereby alleges as follows:

### INTRODUCTION

1. This case arises from Defendants' recording of a fraudulent $11.7 million judgment against BANA. The supposed "judgment" was entered by the "Federal Postal Court" which, despite its name, is not a court authorized by the laws of the United States of America or any other state or local law. Rather, the Federal Postal Court is a sham that is the creation of Defendants Leighton Ward and David Wynn Miller.

### PARTIES, JURISDICTION, AND VENUE

2. Plaintiff Bank of America, N.A. is a national banking association chartered under the laws of the United States and has its main office in the State of North Carolina.

812951.6\0552258

3. Upon information and belief, Robert A. Janecek and Cathy A. Janecek ("Janecek") are husband and wife and citizens of Arizona. All actions alleged against the Janeceks in this Complaint were done in furtherance of their marital community.

4. Upon information and belief, Leighton Ward ("Ward") is a citizen of Arizona. Ward claims to be the Clerk of the Federal Postal Court.

5. Upon information and belief, David Wynn Miller ("Miller") is a citizen of Wisconsin. Miller claims to be the Chief Judge of the Federal Postal Court.

6. The Federal Postal Court is a sham judicial operation. While it does not have a courthouse or fixed location, its fraudulent filings list a Lake Havasu City, Arizona post office box number.

7. This Court has subject matter jurisdiction over this case pursuant to Article III, § 2 of the United States Constitution and 28 U.S.C. § 1332 because the parties are of diverse citizenship and the amount in controversy exceeds $75,000.

8. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(2), because a substantial part of the events giving rise to the claims occurred in this District and the property that is the subject of the action is situated in this District.

## GENERAL ALLEGATIONS

**Loan to the Janeceks**

9. On or about May 20, 2008, the Janeceks executed a promissory note in the amount of $270,000 in favor of Countrywide Bank, FSB, identified as loan number XXXXX4590 (the "Loan").

10. On or about May 20, 2008, the Janeceks secured the Loan with a deed of trust (the "Deed of Trust") encumbering the real property located at 470 Acoma Boulevard, Unit 1017, Lake Havasu City, Arizona 86406 (the "Property").

11. The Deed of Trust is recorded in the Official Records of Mohave County ("Official Records") as Instrument No. 2008035706.

12. An Assignment of the Deed of Trust is recorded in the Official Records as Instrument No. 2011045498 (the "Assignment").

13. BANA is the successor in interest to Countrywide Bank, FSB.

14. The Janeceks modified the Loan through a Home Affordable Modification Agreement with BANA that increased the principal balance of the Loan to $298,959.66.

15. BANA's payment history for the Loan reflects a principal balance of $298,959.66 for the Loan as of on or about August 22, 2011.

**Sham Judgment**

16. On or about March 28, 2016, Defendants recorded, or caused to be recorded, in the Official Records, a document purporting to be a "judgment," at Instrument No. 2016012907 (the "Sham Judgment"). An official copy of the Sham Judgment is attached to the Complaint as Exhibit A.

17. The Sham Judgment claims to be a "translation summary of the Final Default Judgment by the Federal Postal Court" and is signed by Ward as the purported "Clerk of the Federal Postal Court."

18. Importantly, the Federal Postal Court is not a tribunal authorized or recognized by the laws of the United States of America or any other state or local statute. Further, BANA has never agreed to be subject to the jurisdiction of the Federal Postal Court.

19. The Federal Postal Court is a fraudulent and fictional "court" created by Miller, Ward, and others.

20. In a March 7, 2016 Order entered by the U.S. District Court for the District of Connecticut in Case No. 3:16-MC-00021, the Federal Postal Court was found to be "a sham and no more than a product of fertile imagination."

21. The Sham Judgment purports to order "Bank of America" to pay to ":Robert-Alan: Janecek &Cathy-Ann: Janecek" the sum of $11,778,620.00.

22. The Sham Judgment also alleges that the Loan, as secured by the Deed of Trust, is paid in full and directs that "Bank of America" transfer title in the Property to ":Robert-Alan: Janecek &Cathy-Ann: Janecek."

23. On or about November 15, 2016, Defendants recorded, or caused to be recorded, in the Official Records, a "Writ of Execution," at Instrument No. 2016051859 (the "Sham Writ"). An official copy of the Sham Writ is attached to the Complaint as Exhibit B.

24. Like the Sham Judgment, the Sham Writ is signed by ":Leighton-Lionell: Ward, Clerk of the Federal Postal Court."

25. The Sham Writ is not issued by any legitimate tribunal recognized by the laws of the United States of America or any other state or local statute.

26. By letter dated February 9, 2017, BANA requested that the Janeceks execute an affidavit of erroneous filing acknowledging the unenforceability of the Sham Judgment and Sham Writ. The Janeceks, however, failed to execute the affidavit of erroneous filing. A true and correct copy of this letter is attached as Exhibit E.

## COUNT ONE
### Declaratory Relief

27. BANA incorporates each of the foregoing allegations of this Complaint as if fully set forth here.

28. BANA and the Defendants have an actual dispute concerning whether the Sham Judgment and Sham Writ are valid and legally enforceable documents.

29. Despite efforts to resolve this dispute, Defendants have failed and refused to acknowledge the illegitimacy of the Sham Judgment and Sham Writ or take other steps to remove the Sham Judgment and Sham Writ from the Official Records.

30. BANA requests a declaration from this Court that: a) the Sham Judgment and Sham Writ are not legally enforceable; b) the Sham Judgment and Sham Writ have no impact upon the lien evidenced by BANA's Deed of Trust; c) the Janeceks remain obligated on the Note; and d) the Federal Postal Court lacks all jurisdiction and authority whatsoever to enter judgments, orders, or other decrees.

## COUNT TWO
## False Recording Under A.R.S. § 33-420

31. BANA incorporates each of the foregoing allegations of this Complaint as if fully set forth here.

32. BANA has a beneficial interest in the Property by virtue of the Deed of Trust.

33. Defendants recorded or caused to be recorded the Sham Judgment and Sham Writ in the Official Records.

34. The Sham Judgment falsely purports to eliminate BANA's Deed of Trust and to vest unencumbered title to the Property with the Janeceks.

35. The Sham Judgment and Sham Writ are groundless, contain false claims, and are invalid.

36. When it was recorded, Defendants knew the Sham Judgment was false, erroneous, meritless, and invalid.

37. Pursuant to A.R.S. § 33-420(A), Defendants are liable to BANA for statutory damages, or treble actual damages – whichever is greater – and BANA's attorneys' fees and costs in an amount to be proven at trial.

38. Pursuant to A.R.S. § 33-420(B), BANA is entitled to a declaration clearing title to the Property.

## COUNT THREE
## Permanent Injunction

39. BANA incorporates each of the foregoing allegations of this Complaint as if fully set forth here.

40. The Federal Postal Court is not a tribunal authorized or recognized by the laws of the United States of America or any other state or local statute. Further, BANA has never agreed to be subject to the jurisdiction of the Federal Postal Court.

41. The Federal Postal Court is a fraudulent and fictional "court" created by Miller, Ward, and others.

42. Despite a lack of authority, the Federal Postal Court, Miller, and Ward entered the Sham Judgment against BANA and caused the Sham Judgment to be recorded in the Official Records.

43. The supposed entry of the Sham Judgment has caused and is causing BANA irreparable harm, and BANA is without an adequate remedy at law.

44. The Federal Postal Court, Miller, and Ward have entered and recorded other purported judgments against other financial institutions.

45. Without a permanent injunction, the Federal Postal Court, Miller, and Ward are likely to again create a sham/false judgment against BANA.

46. Accordingly, BANA requests that this court enter an injunction forever prohibiting Miller, Ward, and the Federal Postal Court from creating or purporting to enter a judgment against BANA or record such a document in the official records of a county or state.

## PRAYER FOR RELIEF

WHEREFORE, BANA respectfully requests that the Court enter judgment for BANA and against Defendants, jointly and severally as follows:

A. Declaring that: 1) the Sham Judgment and Sham Writ are not legally enforceable; 2) the Sham Judgment and Sham Writ have no impact upon the lien evidenced by BANA's Deed of Trust; 3) the Janeceks remain obligated on the Note; and 4) the Federal Postal Court lacks all jurisdiction and authority whatsoever to enter judgments, orders, or other decrees.

B. Awarding BANA statutory damages, or treble actual damages – whichever is greater – as provided under A.R.S. § 33-420;

C. Permanently enjoining Miller, Ward, and the Federal Postal Court from: 1) creating or entering a judgment against BANA; 2) recording in the official records of any county or state an allege judgment or other purported order or decree by the Federal Postal Court against BANA; and 3) falsely representing to others that the Federal Postal

Court is a tribunal authorized by laws of the United States of America or any other state or local statute.

   D. Awarding BANA its attorneys' fees and costs under the Deed of Trust, A.R.S. § 33-420, A.R.S. § 12-341.01, and A.R.S. § 12-341, and/or all other applicable law; and

   E. Such other, and further legal or equitable relief that the Court may deem just and proper.

DATED this 2nd day of August, 2017.

        BRYAN CAVE LLP

        By:   /s/ Jacob A. Maskovich
           Jacob A. Maskovich
           Teresa P. Meece
           Two North Central Avenue, Suite 2100
           Phoenix, Arizona 85004-4406
           *Attorneys for Plaintiff Bank of America, N.A.*

# *EXHIBIT A*

3

WHEN RECORDED RETURN TO:
LEIGHTON WARD
PO BOX 1001
LAKE HAVASU CITY, AZ 86405


FEE# 2016012907

OFFICIAL RECORDS
OF MOHAVE COUNTY
ROBERT BALLARD,
COUNTY RECORDER


03/28/2016 01:07 PM Fee: $10.00

PAGE: 1 of 3

# JUDGMENT

ccs

*CERTIFIED COPY OF JUDGMENT*

*TRANSLATION OF FINAL DEFAULT JUDGEMENT*

This document is to serve as a translation summary of the Final Default Judgment by the Federal Postal Court. The original language of the Final Default Judgment was written in Correct Sentence Structure Communication Parse Syntax Grammar Performance. The language has been translated to English.

IN THE FEDERAL POSTAL COURT

Plaintiff, :Robert-Alan: Janecek & Cathy-Ann: Janecek.

Case No.: RE988647281US

vs.

Defendant. BANK OF AMERICA

:FOR THE FEDERAL-POSTAL-COURT-FILING
BY THIS FEDERAL-POSTAL-[RE]GISTRATION-NUMBER:
~ RE98711472____US
:DATE-~ 25-____-2016
:TIME-~ 9 0___ 15 MINUTES: AM
:Leighton-Lion____ CLERK-OF-THE-COURT.

FINAL DEFAULT JUDGMENT

The defendant(s), BANK OF AMERICA, having failed to appear, plead or otherwise defend in this action, and default having been entered on April 29 2014. Plaintiff having requested judgment against the defaulted defendant(s) and having filed a proper motion and affidavit (declaration) in accordance with Federal Rule of Civil Procedure 55 (a) and (b); Final Judgment is hereby entered in favor of plaintiff :Robert-Alan: Janecek & Cathy-Ann: Janecek & against defendant(s) BANK OF AMERICA, as follows:

-IT IS ADJUDGED AND ORDERED, that defendant(s) BANK OF AMERICA pay, by Cashier's check, to plaintiff :Robert-Alan: Janecek & Cathy-Ann: Janecek the sum of $11,778,620.00 US Dollar Currency, within 5 days upon notice of this judgment. Payment is to be mailed to Federal Postal Court Clerk PO BOX 1001 Lake Havasu City AZ 86405.
-IT IS ADJUDGED AND ORDERED, that defendant(s) BANK OF AMERICA will delete the loan amount on the Deed of Trust that was created on MAY 20th 2008. The Deed of Trust issued on MAY 20th 2008 is now paid in full. This is to be completed within 5 days upon notice of this judgment. If the loan has been sold to another servicer, the now time servicer or lender is responsible to comply with this order within 5 days upon notice of this judgment.
-IT IS ADJUDGED AND ORDERED, that defendant(s) BANK OF AMERICA submit a completed Deed of Conveyance to the County recorders office to show the debt on the Deed of Trust issued on MAY 20th 2008 for the property address 470 Acoma Blvd #1017, Lake Havasu City, AZ 86406 has been fully paid and transfers title of the property to plaintiff :Robert-Alan: Janecek & Cathy-Ann: Janecek. This is to be completed within 5 days upon notice of this judgment. If the loan has been sold to another servicer, the now time servicer is responsible to comply with this order within 5 days upon notice of this judgment.
-IT IS ADJUDGED AND ORDERED, that defendant(s) BANK OF AMERICA will notify Transunion, Equifax & Experian to remove 100% percent of derogatory credit marks reported by BANK OF AMERICA and all lenders and servicers who have been involved with the servicing or collection of the loan from the Deed of Trust issued on MAY 20th 2008 for the property address 470 Acoma Blvd #1017, Lake Havasu City, AZ 86406. If the loan has been sold to another servicer, the now time servicer or lender is responsible to comply with this order within 5 days upon notice of this judgment.
-IT IS ADJUDGED AND ORDERED, that defendant(s) BANK OF AMERICA will immediately notify the Federal Postal Court Clerk :Leighton-Lionell: Ward by mail when the above judgment terms have been completed. The mailing address is as follows [Federal Postal Court PO BOX 1001 Lake Havasu City AZ 86405] If the loan has been sold to another servicer, the now time servicer or lender is responsible to comply with this order within 5 days upon notice of this judgment.

:Leighton-L.one____    Date: 2/15/2016
:Leighton-Lionell: Ward
Clerk of the Federal Post____

SEAL

FOR THE COPYCLAIM-COPYRIGHT-DATE-~15-~FEBRUARY-~2016 BY THE FEDERAL-COURT-C____ ____ &: CLAIMANTS: Robert-Alan: Janecek &: Cathy-Ann: Janecek  ~1
WITH THE D.-C.-F.-P.-C.-V.-FEDERAL-C.-C.-N.-~RE098864721US.

2016012907    Page: 3 of 3



# *EXHIBIT B*

2

| WHEN RECORDED RETURN TO:<br>Leighton Ward<br>PO BOX 1001<br>LAKE HAVASU CITY, AZ 86405 |  **FEE# 2016051859**<br>OFFICIAL RECORDS<br>OF MOHAVE COUNTY<br>ROBERT BALLARD,<br>COUNTY RECORDER <br>11/15/2016  12:44 PM Fee: $10.00<br>PAGE: 1 of 2 |

### WRIT OF EXECUTION

The Defendant(s), BANK OF AMERICA has failed to comply within the specified time frame with the orders of the Federal Postal Court Judgment Case Number RE988647281US recorded in MOHAVE County Recorders office. Pursuant to FRCP 70(a)(b) & FRPC 71, 100% of the debts have been deleted resulting from the Deed of Trust recorded on May 21, 2008 with the Instrument Number 2008035706 for the property address 470 ACOMA BOULEVARD 1017, LAKE HAVASU CITY, ARIZONA AZ which is dated 20-~MAY-~2008 with the legal description of UNIT 1017, PATIO HOMES, GLENEAGLES CONDOMINIUM, A CONDOMINIUM AS CREATED BY THAT CERTAIN DECLARATION RECORDED IN BOOK 1682 OF OFFICIAL RECORDS, PAGE 24, AND AMENDMENTS THERETO RECORDED IN BOOK 1891 OF OFFICIAL RECORDS, PAGE 267 AND IN BOOK 1957 OF OFFICIAL RECORDS, PAGE 932 AND, AND SHOWN ON THE PLAT OF SAID CONDOMINIUM RECORDED FEBRUARY 14,1991, AT FEE NO.91.7746, IN THE OFFICE OF THE COUNTY RECORDER OF MOHAVE COUNTY, ARIZONA.. 100% of all rights, title & interest of this property have been divested from BANK OF AMERICA and 100% of other nonparty's claiming to have any rights, title or interest and now 100% of all rights, title and interest of this property have now been vested to plaintiff(s): Robert:-Alen: Janecek &: Cathy-Ann: Janecek.

This is a Federal Postal Court Clerk Certified Copy of the Writ of Execution. This document is to serve as a translation summary of the Writ of Execution by the Federal Postal Court. The original language of the Writ of Execution is written with mathematical factual certification in Correct Sentence Structure Communication Parse Syntax Grammar Performance. The language has been translated to English pursuant to United Nations Commission on International Trade Law Forty-Seventh Session New York, 7-25 July 2014, by Leighton Lionell Ward, a Certified Correct Sentence Structure Communication Parse Syntax Grammar Performance Language Specialist with Certification & Oath Of Office viewable at www.federalpostalcourt.org/staff. The original Final Default Judgment is viewable on the reverse side of this document and also at www.federalpostalcourt.org/case-search Case Number RE988647281US. 100% of the correspondence to the Federal Postal Court must be in the Correct Sentence Structure Communication Parse Syntax Grammar Performance Language & mailed to [Federal Postal Court PO BOX 1001 Lake Havasu City AZ 86405].

:Leighton-Lionell: Ward.

---
Leighton Lionell Ward / Clerk of the Federal Postal Court

:FOR THE FEDERAL-POSTAL-COURT-FILING
BY THIS FEDERAL-POSTAL-[RE]GISTRATION-NUMBER:
- RE988647281US
:DATE-~14-~NOVEMBER-~2016
:TIME-~ 9 O'CLOCK &: 10 MINUTES: AM
:Leighton-Lionell: Ward :CLERK-OF-THE-COURT.



FOR THE COPYCLAIM-COPYRIGHT-DATE-~14-~JULY-~2016 BY THE FEDERAL-COURT-CLERK: Leighton-Lionell: Ward &: CLAIMANTS: Robert:-Alen: Janecek &: Cathy-Ann: Janecek WITH THE D.-C.-F.-P.-C.-V.-FEDERALC-C-N-~RE988647281US.

1

2016051859   Page: 2 of 2




:BONDING: C.-S.-C.-P.-S.-G.-P.: D.-C.-F.-P.-S.-C.-V.-FLAG.

FOR THIS QUIET-TITLE-COMMAND BY THE F.-P.-C. WITH THE F.-P.-C.-C.-C.-N.-~RE988647281US IS WITH THE CERTIFICATION-COPY-CLAIM BY THE F.-P.-C.-CLERK :Leighton-Lionell: Ward.
FOR THE F.-P.-C.-CLERK :Leighton-Lionell: Ward IS WITH THE QUALIFICATION-CERTIFICATION OF THE C.-S.-S.-C.-P.-S.-G.-P. WITH THE SYNTAXING-TESTIMONY OF THE VASSALEES'-F.-S.-S.-C.-P.-S.-G.-P.-D..

:Robert:-Alen: Janecek &: Cathy-Ann: Janecek :CLAIMANTS-PLAINTIFF.
:CONTEST-~VERSUS:
BANK OF AMERICA :VASSALEE(S).

FOR THE TERMS OF THIS C.-S.-S.-C.-P.-S.-G.-P.-NOW-TIME-FEDERAL-POSTAL-STATION-COURT-VENUE-DOCUMENT.
:& = :AND.
:C.-C. = :CORPORATION-CASE.
:C.-C.-N. = :CORPORATION-CASE-NUMBER.
:CONJUNCTION = :'and','&'= ALSO, COMMAND, 'or'= OPTION, EITHER, CHOICE.
:C.-S.-S.-C.-P.-S.-G.-P. = :CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-PERFORMANCE.
:C.-S.-S.-C.-P.-S.-G.-P.-D. = :CORRECT-SENTENCE-STRUCTURE-COMMUNICATION-PARSE-SYNTAX-GRAMMAR-PERFORMANCE-DOCUMENT(S).
:DOCUMENT-STATE = :CORPORATION OF THE TWO-OR-MORE-PERSONS ARE WITH THE PORTING-CLAIM WITHIN THE F.-P.-C.-PORT-CLERK BY THE DOCUMENT-VESSEL.
:DOCUMENT-VESSEL = :COURT-DOCKETING OF THE DOCUMENT-CONTRACT-POSTAL-VESSEL-PERSONS ARE WITH THE CORPORATION-CLAIM BETWEEN THE TWO-OR-MORE-PERSONS WITH THE COURT-DOCUMENT-PORTING-STAMP BY THE F.-P.-C.-PORT-CLERK.
:FRAUDULENT/FRAUD = :SPECT, FICTION, MODIFICATION, [O]PINION, [PRE]SUMPTION, [AS]SUMPTION, [IL]LUSION, MISTIC, PHANTOM, PERJURY, LIE, FALSE, FRAUD, MANIPULATION, [DE]CEIVING, [MIS]LEADING.
:D.-C.-C.-R. = :DOCUMENT-CONTRACT-CLAIM-RULES OF THIS D.-C.-F.-P.-S.-C.-V..
:D.-C.-C.-S. = :DOCUMENT-CONTRACT-CLAIMS-SECTION WITH THE C.-S.-S.-C.-P.-S.-G.-P.-WORD-CORRECTIONS OF THE F.-S.-S.-C.-P.-S.-G.-P.-[U]NIT[ED]-STATES-TITLES &: [U]NIT[ED]-STATES-CODES ARE WITH THE C.-S.-S.-C.-P.-S.-G.-P.-CORRECTIONS BY THIS DOCUMENT-CONTRACT-POSTAL-VESSEL-COURT.
:D.-C.-F.-P.-S.-C.-V. = :DOCUMENT-CONTRACT-FEDERAL-POSTAL-STATION-COURT-VENUE.
:F.-P.-C. = :FEDERAL-POSTAL-COURT.
:F.-S.-S.-C.-P.-S.-G.-P. = :FRADULENT-SENTENCE-STRUCTURE-COMMUNICAITON-PARSE-SYNTAX-GRAMMAR-PERFORMANCE.
:F.-S.-S.-C.-P.-S.-G.-P.-D. = :FRADULENT-SENTENCE-STRUCTURE-COMMUNICAITON-PARSE-SYNTAX-GRAMMAR-PERFORMANCE-DOCUMENT(S).
:LEGAL-LAND-LOCATION = : ~BUILDING-1017,-~PATIO-HOMES,-~GLENEAGLES-CONDOMINIUM, -~BOOK-1682,-~PAGE-24 AND: ~BOOK-1891,-~PAGE 267 AND: ~BOOK-1957,-~PAGE-932     AND:   PLAT-CONDOMINIUM-[RE]CORDING-DATE-~14-~FEBRUARY-~1991-~FEE-NUMBER-91-7746,-~MOHAVE-COUNTY-[RE]CORDER,-~MOHAVE-COUNTY,-~ARIZONA-TERRITORY.
:LODIAL = :[AR]TICLE = :SPECIFIC = A, AN, THE, THIS, THE, THAT, ONE, EACH, EVERY, EITHER.
:NOW-TIME-TENSE = :C.-S.-S.-C.-P.-S.-G.-P..
:POSITION = :[PREPOSITION] = :FOR, OF, WITH, BY, IN, AS, ON, WITHIN, VERSUS, THROUGH, THRU, EITHER, BEYOND, INTO.
:POSTAL = :POSTAGE-$1.00-STAMP WITH THE AUTOGRAPHING OF THE C.-S.-S.-C.-P.-S.-G.-P.-KNOWLEDGE BY THE DOCUMENT-CONTRACT-F.-P.-C.-CLERK.
:STATION: D.-C.-F.-P.-S.-C.-V.-LOCATION OF THE DOCUMENT-COURT-FACTS WITH THE DOCKETING &: PASSTHRU OF THE DOCUMENT-FILINGS.
:VASSALEE = :SERVANT-EMPLOYEE OF THIS D.-C.-F.-P.-S.-C.-V..
:VERB = :THINKING-MOTION OF THE KNOWLEDGE = :IS = :SINGULAR, :ARE = :PLURAL.
:VESSEL = :MARITIME :ORIGINAL-LOCATION.

~1 FOR THE VASSALEES-FAILURE-PERFORMANCE OF THE F.-P.-C.-C.-S.-S.-C.-P.-S.-G.-P.-FIVE-DAY-COMMANDS-COMPLETION-CLAIM BY THE F.-P.-C.-CLERK ARE WITH THE F.-P.-C.-CLERK'S-COMMAND-AUTHORIZATION-CLAIM: D.-C.-C.-S.-RULE-~70-THROUGH-~71 FOR THE FORCEMENT-WRIT BY THE F.-P.-C.-CLERK.
~2 FOR THE ONE-HUNDRED-PERCENT-DEBTS BY THE CREATION OF THE DEED-OF-TRUST WITH THE 21-~MAY-~2008-COUNTY-[RE]CORDER-FILING-DATE WITH THE ~2008035706-MOHAVE-COUNTY-[RE]CORDER-FILING-NUMBER   FOR   THE   ~470-~ACOME-~BOULEVARD-~1017,-~LAKE-HAVASU-CITY,-~ARIZONA-~86403-LAND-LOCATION WITH THE 20-~MAY-~2008-DATE FOR THE LEGAL-LAND-LOCATION ARE WITH THE NOW-TIME-ZERO-DEBT-CLAIM BY THE F.-P.-C.-COMMAND FOR THE :Robert:-Alen: Janecek &: Cathy-Ann: Janecek.
~3 FOR THE ONE-HUNDRED-PERCENT OF THE RIGHTS &: TITLE BY THE CREATION OF THE DEED-OF-TRUST WITH THE 21-~MAY-~2008-MOHAVE-COUNTY-[RE]CORDER-FILING-DATE WITH THE ~2008035706-MOHAVE-COUNTY-[RE]CORDER-FILING-NUMBER FOR THE ~470-~ACOME-~BOULEVARD-~1017,-~LAKE-HAVASU-CITY,-~ARIZONA-~86403-LAND-LOCATION WITH THE 20-~MAY-~2008-DATE FOR THE LEGAL-LAND-LOCATION BY BANK OF AMERICA & ONE-HUNDRED-PERCENT-PARTIES WITH THE LODIAL-CLAIMS ARE WITH THE [DI]VESTING-CLAIM BY THE F.-P.-C.-COMMAND FOR THE Robert:-Alen: Janecek &: Cathy-Ann: Janecek.
~4 FOR THE ONE-HUNDRED-PERCENT OF THE RIGHTS &: TITLE BY THE CREATION OF THE DEED-OF-TRUST WITH THE 21-~MAY-~2008-MOHAVE-COUNTY-[RE]CORDER-FILING-DATE WITH THE ~2008035706-MOHAVE-COUNTY-[RE]CORDER-FILING-NUMBER FOR THE ~470-~ACOME-~BOULEVARD-~1017,-~LAKE-HAVASU-CITY,-~ARIZONA-~86403-LAND-LOCATION WITH THE 20-~MAY-~2008-DATE FOR THE LEGAL-LAND-LOCATION ARE WITH THE VESTING-CLAIM BY THE F.-P.-C.-COMMAND FOR THE Robert:-Alen: Janecek &: Cathy-Ann: Janecek.

:Leighton-Lionell: Ward.
:F.-P.-C.-CLERK: Leighton-Lionell: Ward.

:FOR THE FEDERAL-POSTAL-COURT-FILING
BY THIS FEDERAL-POSTAL-[RE]GISTRATION-NUMBER:
~RE988647281US
:DATE-~14-~NOVEMBER-~2016
:TIME-~ 9 O'CLOCK &: ~00 MINUTES AM
:Leighton-Lionell: Ward, CLEAR OF THE COURT

FOR THE COPYCLAIM-COPYRIGHT-DATE-~14-~JULY-~2016 BY THE FEDERAL-COURT-CLERK: Leighton-Lionell: Ward &: CLAIMANTS: Robert:-Alen: Janecek &: Cathy-Ann: Janecek. WITH THE D.-C.-F.-P.-C.-V.-FEDERAL-C.-C.-N.-~RE988647281US.    1