FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 0 5 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

~1 FOR THE CASE-NUMBER-~CV-17-08156-TCT-DGC.

~2 FOR THE :Leighton-Lionell:Ward IS WITH THE CLAIM OF THE HOLDING IN THE JAIL WITH THE ZERO-QUALITY OF THE TOLLS, WRITING-SUPPLIES,ENVELOPES FOR THE EQUAL-RIGHTS OF THE SELF-DEFENCE.

