```
_____ FILED      _____ LODGED
_____ RECEIVED   _____ COPY

        SEP 14 2017

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

CV-17-08156-PCT-JZB

~1 FOR THE CASE-NUMBER-~CV-17-08156-TCT-DGC.

~2 FOR THE :Leighton-Lionell:Ward IS WITH THE CLAIM OF THE HOLDING IN THE JAIL WITH THE ZERO-QUALITY OF THE TOOLS, WRITING-SUPPLIES,ENVELOPES FOR THE EQUAL-RIGHTS OF THE SELF-DEFENCE.