Dill Lamont Orr
1734 Armant Dr
Murfreesboro, TN 37129

RECEIVED
SEP 14 2017
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

District Court of Arizona
401 W. Washington St. Suite #130
Phoenix, AZ 85003-2118

7016 0910 0002 2527 2853



CERTIFIED MAIL

$6.56 US POSTAGE FIRST-CLASS
071S0074 0760
37129
0000033506