BRYAN CAVE LLP, #00145700
Jacob A. Maskovich (No. 021920)
Teresa P. Meece (No. 032071)
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Fax: (602) 364-7070
jamaskovich@bryancave.com
teresa.meece@bryancave.com

*Attorneys for Plaintiff Bank of America, N.A.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bank Of America, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> Robert A. Janecek and Cathy A. Janecek, husband and wife and citizens of Arizona; Leighton Ward, a citizen of Arizona; David Wynn Miller, a citizen of Wisconsin; Federal Postal Court, a purported court operating in Arizona, <br><br> Defendants. | No. CV-17-08156-PCT-JZB <br><br> **APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS LEIGHTON WARD AND DAVID WYNN MILLER** |

Plaintiff Bank of America, N.A. ("BANA") hereby requests that the Clerk of the above-entitled court enter default in this matter against Defendants Leighton Ward and David Wynn Miller ("Defaulted Defendants") on the grounds that these Defaulted Defendants have failed to appear or otherwise respond to the Summons and Complaint within the time prescribed by the Federal Rules of Civil Procedure.

With regard to Defendant Leighton Ward ("Ward"), default in this matter is appropriate because BANA duly served Ward with a copy of the Summons and Complaint on or about August 17, 2017, as evidenced by the Proof of Service on file with the Court at Doc. 22. Ward has not appeared or otherwise defended this action.

With respect to Defendant David Wynn Miller ("Miller"), the entry of default is appropriate because BANA properly served Miller pursuant to Federal Rule of Civil Procedure 4(e)(1) and Arizona Rule of Civil Procedure 4.2(c) by certified mail, received

957697.1\0560077

by Miller on August 25, 2017, as evidenced by the Affidavit of Service by Certified Mail filed with the Court at Doc. 24. Miller has failed to plead or otherwise respond to the Complaint.

A declaration from undersigned counsel attesting to the default of the Defaulted Defendants is attached hereto as Exhibit 1.

DATED this 26th day of September, 2017.

BRYAN CAVE LLP

By: /s/ Jacob A. Maskovich
Jacob A. Maskovich
Teresa P. Meece
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
*Attorneys for Plaintiff Bank of America, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

I hereby certify that on September 26, 2017, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

Leighton Ward
Mohave County Jail
501 West Highway 66
Kingman, AZ 86401

David Wynn Miller
Post Office Box 383914
Waikoloa, HI 96738

/s/ Cathy Russell

957697.1\0560077

3

# *EXHIBIT 1*

BRYAN CAVE LLP, #00145700
Jacob A. Maskovich (No. 021920)
Teresa P. Meece (No. 032071)
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Fax: (602) 364-7070
jamaskovich@bryancave.com
teresa.meece@bryancave.com

*Attorneys for Plaintiff Bank of America, N.A.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Bank Of America, N.A., | No. CV-17-08156-PCT-JZB |
|---|---|
| Plaintiff, | **DECLARATION OF DEFAULT** |
| vs. | |
| Robert A. Janecek and Cathy A. Janecek, husband and wife and citizens of Arizona; Leighton Ward, a citizen of Arizona; David Wynn Miller, a citizen of Wisconsin; Federal Postal Court, a purported court operating in Arizona, | |
| Defendants. | |

1. I am one of the attorneys for Plaintiff in this action and submit this declaration to demonstrate service upon Defendants Leighton Ward and David Wynn Miller.

2. I am counsel of record for Plaintiff Bank of America, N.A. in the above-captioned matter.

3. Pursuant to Federal Rule of Civil Procedure 4, Defendant Leighton Ward was personally served on August 17, 2017, as evidenced by the Affidavit of Service on File in this case at Doc. 22.

4. As evidenced by the Affidavit of Service by Certified Mail upon David Wynn Miller on file with this Court at Doc. 24, Defendant David Wynn Miller was served by certified mail received on August 25, 2017.

5. Federal Rule of Civil Procedure 4(e)(1) provides that an individual may be

957728.1\0560077

served by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located."

6. Arizona Rule of Civil Procedure 4.2(c) provides that a defendant located outside of Arizona with a known address may be served by mail.

7. Defendant David Wynn Miller was served at the address described on his publicly accessible website.

8. The original return receipt for the certified mail delivering a copy of the Summons and Complaint to David Wynn Miller was signed and returned on August 25, 2017.

9. Neither Defendant Leighton Ward nor Defendant David Wynn Miller have filed an answer or otherwise responded to the Complaint.

10. I am not aware of any counsel that has been retained by either Defendant Leighton Ward or Defendant David Wynn Miller.

Further affiant sayeth not.

DATED this 26th day of September, 2017.

/s/ Jacob A. Maskovich<br>
Jacob A. Maskovich