**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bank Of America, N.A., | No. CV-17-08156-PCT-JZB |
| Plaintiff, | |
| vs. | **CLERK'S ENTRY OF DEFAULT** |
| Robert A. Janecek and Cathy A. Janecek, husband and wife and citizens of Arizona; Leighton Ward, a citizen of Arizona; David Wynn Miller, a citizen of Wisconsin; Federal Postal Court, a purported court operating in Arizona, | |
| Defendants. | |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendants Leighton Ward and David Wynn Miller.

DEFAULT ENTERED

957795.1\0560077