**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bank of America NA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Robert A Janecek, et al.,<br><br>　　　　　Defendants. | **NO. CV-17-08156-PCT-JZB**<br><br>**CLERK'S ENTRY OF DEFAULT** |

　　　　Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendants Leighton Ward and David Wynn Miller.

DEFAULT ENTERED this 27th day of September, 2017.

　　　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

September 27, 2017

　　　　　　　　　　　　　　　　　s/ Rebecca Kobza
　　　　　　　　　　　　　By　Deputy Clerk