# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bank of America NA, | No. CV-17-08156-PCT-JZB |
| Plaintiff, | **ORDER** |
| v. | |
| Robert A Janecek, et al., | |
| Defendants. | |

    On August 2, 2017, Plaintiff filed the Complaint in this matter, naming Robert Janecek, Cathy Janecek, Leighton Ward, David Miller, and the Federal Postal Court as Defendants in this action. (Doc. 1.) On August 14, 2017, Plaintiff served both Robert and Cathy Janecek with a copy of the Complaint and Summons. (Docs. 20 (averring substitute service upon Cathy Janecek was effected by leaving a copy of the Complaint and Summons with Robert Janecek, co-occupant of residence where service was effected), and 21 (averring personal service of the Complaint and Summons was effected upon Robert Janecek).)

    Federal Rule of Civil Procedure 12(a)(1) states, in relevant part, that "[u]nless another time is specified by this rule or a federal statute, the time for serving a responsive pleading is as follows: (A) a defendant must serve an answer: (i) within 21 days after being served with the summons and complaint[.]" Fed. R. Civ. P. 12(a)(1)(A)(i). Thus, the deadline for Defendants Robert and Cathy Janecek to answer Plaintiff's Complaint

1  expired on September 4, 2017. To date, no answer has been filed by either Robert or
2  Cathy Janecek, and Plaintiff has taken no action in this matter with regard to those
3  Defendants.
4      Accordingly,
5      **IT IS ORDERED** that on or before October 18, 2017, Plaintiff must show cause
6  in writing why the claims against Defendants Robert Janecek and Cathy Janecek should
7  not be dismissed for failure to prosecute, unless a responsive pleading pursuant to Rule
8  12 of the Federal Rules of Civil Procedure or an application for entry of default pursuant
9  to Rule 55(a) is filed within such time.
10     Dated this 3rd day of October, 2017.

Honorable John Z. Boyle
United States Magistrate Judge