BRYAN CAVE LLP, #00145700
Jacob A. Maskovich (No. 021920)
Teresa P. Meece (No. 032071)
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Fax: (602) 364-7070
jamaskovich@bryancave.com
teresa.meece@bryancave.com

*Attorneys for Plaintiff Bank of America, N.A.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bank Of America, N.A.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Robert A. Janecek and Cathy A. Janecek, husband and wife and citizens of Arizona; Leighton Ward, a citizen of Arizona; David Wynn Miller, a citizen of Wisconsin; Federal Postal Court, a purported court operating in Arizona,<br><br>　　　　Defendants. | No. CV-17-08156-PCT-JZB<br><br>**MOTION FOR ENTRY OF JUDGMENT BY DEFAULT WITHOUT HEARING AGAINST THE FEDERAL POSTAL COURT** |

Plaintiff Bank of America, N.A. ("BANA") hereby moves for the entry of judgment against Defendant the Federal Postal Court pursuant to Federal Rule of Civil Procedure 55(b)(2).

This case involves a sham court which purported to exercise its non-existent jurisdiction in violation of Arizona's false recording statutes. Specifically, Defendant the "Federal Postal Court" recorded two documents with the Mohave County Recorder which purport to divest BANA's security interest in certain real property in Mohave County, Arizona, and to enter an $11.7 million judgment against BANA. BANA filed this Complaint for: damages under A.R.S. § 33-420; a declaratory judgment declaring the recordings at issue to be fraudulent, groundless, and void; and a permanent injunction preventing the Federal Postal Court from creating or purporting to enter similar fraudulent judgments against BANA on behalf of the fictitious "Federal Postal Court."

969364.1\0560077

## I.    **DEFENDANT THE FEDERAL POSTAL COURT HAS DEFAULTED.**

The Federal Postal Court failed to plead or otherwise defend this matter and is not a minor or incompetent. The Clerk of the Court entered default against Defendant the Federal Postal Court on January 16, 2018 (Doc. 45). Defendant the Federal Postal Court has failed to respond or otherwise defend following the Clerk's entry of default.

## II.    **DEFAULT JUDGMENT IS APPROPRIATE.**

The Court may consider several factors when determining whether to grant default judgment. These include "(1) the possibility of prejudice to the plaintiff, (2) the merits of plaintiff's substantive claim, (3) the sufficiency of the complaint, (4) the sum of money at stake in the action, (5) the possibility of the dispute concerning material facts, (6) whether default was due to excusable neglect, and (7) the strong policy underlying Federal Rules of Civil Procedure favoring decisions on the merits." *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986).

Each of these factors support the granting of default judgment against Defendant the Federal Postal Court. First, there is a significant possibility of prejudice to Plaintiff if a judgment is not entered voiding the sham judgment and sham writ at issue in this case which purport to eliminate BANA's security interest in the real property in Mohave County, Arizona. Second, Plaintiff's claims regarding the fraudulent nature of the "Federal Postal Court" and "judgments" purported to be issued by this imaginary court are meritorious. *See, e.g., Gilly v. Ocwen*, 2016 WL 868167 at *3 (D. Conn. March 7, 2016) (holding that the Federal Postal Court is a "sham"). Third, the Complaint clearly sets out the basis for Plaintiff's claims and states viable causes of action under Arizona law and the Declaratory Judgment Act. Fourth, the $11.7 million "judgment" recorded against BANA is significant and this Court's judgment will provide assurances that the sham judgment is invalid. Comparatively, the statutory damages sought by Plaintiff are minimal. Fifth, there is no possibility of dispute concerning material facts because Defendant made the offending recordings part of the public record. Moreover, the District of Connecticut's ruling in the *Gilly* matter involves the same Defendant. Defendant was on notice that the

federal court considered judgments issued by the "Federal Postal Court" to be of no legal effect. Defendant nonetheless recorded in Arizona and thereafter refused to release documents affecting BANA's interests. <u>Sixth</u>, Defendant's default was not due to excusable neglect. The Federal Postal Court is aware of this litigation and has chosen not to respond to the Complaint. <u>Seventh</u>, the strong policy favoring decisions on the merits is not offended by this default judgment in this case because there is no reasonable dispute as to the material facts at issue.

### III.  A HEARING IS NOT NECESSARY.

Entry of judgment of default against the Federal Postal Court, as requested herein, does not require a hearing. The Court is not being asked to: (a) conduct an accounting; (b) determine damages other than the statutory damages; (c) establish the truth of the allegations by evidence; or (d) investigate any other matter. BANA seeks only statutory damages pursuant to A.R.S. § 33-420(C), which provides that a successful plaintiff in a wrongful recording claim is entitled to "the sum of not less than one thousand dollars . . . ." In addition, BANA requests a declaratory judgment regarding the validity of the filings made on behalf of the "Federal Postal Court" and an injunction preventing the Federal Postal Court from again recording fraudulent documents on behalf of the "Federal Postal Court" against BANA. Accordingly, BANA requests that default judgment be entered without a hearing. If and when default judgment is entered, BANA will thereafter move for an award of attorneys' fees and costs.

///

///

///

969364.1\0560077

3

**Relief Requested**

Based upon the foregoing, Plaintiff Bank of America, N.A. requests that this Court enter judgment by default against Defendant the Federal Postal Court. A proposed form of order is lodged herewith.

DATED this 31st day of January, 2018.

BRYAN CAVE LLP

By: /s/ Jacob A. Maskovich
Jacob A. Maskovich
Teresa P. Meece
Two North Central Avenue, Suite 2100
Phoenix, AZ 85004-4406

*Attorneys for Plaintiff Bank of America, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

I hereby certify that on January 31, 2018, I served the attached document by mail on the following, who are not registered participants of the CM/ECF System:

Leighton Ward
Mohave County Jail
501 West Highway 66
Kingman, AZ 86401

David Wynn Miller
Post Office Box 383914
Waikoloa, HI 96738

The Federal Postal Court
P.O. Box 1001
Lake Havasu City, AZ 86405

/s/ Cathy Russell