IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bank Of America, N.A.,<br><br>        Plaintiff,<br><br>vs.<br><br>Robert A. Janecek and Cathy A. Janecek, husband and wife and citizens of Arizona; Leighton Ward, a citizen of Arizona; David Wynn Miller, a citizen of Wisconsin; Federal Postal Court, a purported court operating in Arizona,<br><br>        Defendants. | No. CV-17-08156-PCT-DGC<br><br>**ORDER REGARDING ENTRY OF JUDGMENT BY DEFAULT AGAINST THE FEDERAL POSTAL COURT** |

The Court having considered Plaintiff Bank of America, N.A.'s Motion for Entry of Judgment by Default Without Hearing Against the Federal Postal Court, and good cause appearing,

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Entry of Judgment by Default Without Hearing Against the Federal Postal Court is granted, as provided in this Order.

2. The Clerk of the Court is directed to enter judgment by default against Defendant the Federal Postal Court in favor of Plaintiff as to the following claims:

    A. For its claims under A.R.S. § 33-430, Plaintiff is awarded statutory damages in the amount of $1,000, plus post-default interest at the rate of 1.43% per annum until paid.

969366.1\0560077

1      B.     For it claims under 28 U.S.C. §§ 2201 *et seq.*, the Court declares that the documents recorded in the official records of Mohave County, Arizona ("Official Records") at Instrument Nos. 2016-012907 and 2016-0518959, styled respectively a "Judgment" and a "Writ of Execution" issued by the "Federal Postal Court," are fraudulent and void. The documents recorded in the Official Records at Instrument Nos. 2016-012907 and 2016-0518959 are of no legal effect.

       C.     Defendant the Federal Postal Court is permanently enjoined from: 1) creating or entering judgments against Plaintiff; 2) recording in the official records of any county or state any alleged judgment or purported order or decree against Plaintiff; and 3) falsely representing to others that the Federal Postal Court is a tribunal authorized by the laws of the United States of America or any other state or local statute.

       3.     Plaintiff shall be awarded its reasonable attorneys' fees and costs against Defendant the Federal Postal Court pursuant to A.R.S. § 33-420(C) upon timely submitting an application for the same.