1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

7
8

| | |
|---|---|
| Bank of America NA, | **NO. CV-17-08156-PCT-JZB** |
| Plaintiff, | **DEFAULT JUDGMENT** |
| v. | |
| Robert A Janecek, et al., | |
| Defendants. | |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendant Federal Postal Court in favor of Plaintiff as to the following claims:

(A) For its claim under A.R.S. § 33-420, Plaintiff is awarded statutory damages in the amount of $1,000, plus post-default interest at the rate of 1.43% per annum until paid.

(B) For its claim under 28 U.S.C. §§ 2201 et seq., the Court declares that the documents recorded in the Official Records of Mohave County, Arizona ("Official Records") at Instrument Nos. 2016-012907 and 2016-051859, styled respectively as a "Judgment" and a "Writ of Execution," issued by the "Federal Postal Court," are fraudulent and void. The documents recorded in the Official Records at Instrument Nos. 2016-012907 and 2016-051859 are of no legal effect.

(C) For its claim for a permanent injunction, Defendant Federal Postal Court is permanently enjoined from: (1) creating or entering judgment against Plaintiff;

(2) recording in the official records of any county or state any alleged judgment or a purported order or decree against Plaintiff; and (3) falsely representing to others that the Federal Postal Court is a tribunal authorized by the laws of the United States of America or any other state or local statute.

Brian D. Karth
District Court Executive/Clerk of Court

May 29, 2018

s/ A. Duran
By   Deputy Clerk